UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TIMOTHY P. CARDWELL, | ) | |
| Plaintiff, | ) | |
| v. | ) | CA # 04CV11993PBS |
| TOWN OF WEYMOUTH; MICHAEL C. BRENNAN, individually and in his official capacity; MATTHEW TINLIN, individually and in his official capacity; RICHARD AHLSTEDT, individually and in his official capacity, JOSEPH COMPERCHIO, individually and in his official capacity; W. PAUL BURKE, | ) | |
| Defendants | ) | |

## AFFIDAVIT OF IN SUPPORT OF MOTION TO ENLARGE TIME

I, THE UNDERSIGNED TERRANCE W. STONE, HEREBY STATE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY PERSONAL KNOWLEDGE, INFORMATION, OR BELIEF:

1.  I represent Plaintiff Timothy P. Cardwell in the above-captioned action.

2.  Pursuant to Fed.R.Civ.P. 4(j)(2) and Mass.R.Civ.P. 4(d)(4), I have caused a true copy of the Summons and Complaint and Jury Demand to be served upon defendant Town of Weymouth at 71 Bridge Street, Weymouth, Massachusetts on January 4, 2004 by delivering a copy of thereof to the Clerk of the Town of Weymouth by certified mail, postage pre-paid. Attached hereto is a copy of the return receipt signed by the addressee.

3.  I have caused a true copy of the Summons and Complaint and Jury Demand to be served upon the person of defendant Matthew Tinlin by Dewsnap and Associates, LLP, professional process servers, on January 10, 2005. Attached hereto is a copy of the Return of Service.

4.  I have caused a true copy of the Summons and Complaint and Jury Demand to be served upon the person of defendant Richard Ahlstedt by Dewsnap and Associates, LLP, professional process servers, on January 10, 2005. Attached hereto is a copy of the Return of Service.

5.  I have caused a true copy of the Summons and Complaint and Jury Demand to be served upon defendant W. Paul Burke by Dewsnap and Associates, LLP, professional process servers, by leaving copies at the defendant's dwelling house or usual place of abode, 681 Commercial Street, Weymouth Massachusetts, with a person of suitable age and discretion residing therein. Attached hereto is a copy of the Return of Service.

6.  I have caused a true copy of the Summons and Complaint and Jury Demand to be served upon upon defendant Michael C. Brennan by Dewsnap and Associates, LLP, professional process servers, by leaving copies at the defendant's dwelling house or usual place of abode, 11 Planters Field Lane, Hingham, Massachusetts, on January 11, 2005. Attached hereto is a copy of the Return of Service.

7.  I have caused a true copy of the Summons and Complaint and Jury Demand to be served upon upon defendant Joseph Comperchio by Dewsnap and Associates, LLP, professional process servers, by leaving copies at the defendant's dwelling house or usual place of abode, 86 Hemlock Drive, Pembroke, Massachusetts, on January 11, 2005. Attached hereto is a copy of the Return of Service.

8.  Upon information and belief, Dewsnap and Associates, LLC, attempted to serve defendants Brennan and Comperchio in hand at their respective residences and at their place of employment. Attached hereto is a copy of the Return of Service.

9. Because the individual defendants are law enforcement officers, the plaintiff had difficulty obtaining and verifying the individual defendants' residential addresses.

10. The plaintiff requests that the Court enlarge the period of time for service of process to enable the plaintiff to effectuate abode service by a deputy sheriff or in another manner permissible under the Federal Rules of Civil Procedure.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS THE 12TH DAY OF JANUARY 2005.

Terrance W. Stone

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TIMOTHY P. CARDWELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA # 04CV11993PBS |
| | ) | |
| TOWN OF WEYMOUTH; MICHAEL C. | ) | |
| BRENNAN, individually and in his official | ) | |
| capacity; MATTHEW TINLIN, individually | ) | |
| and in his official capacity; RICHARD | ) | |
| AHLSTEDT, individually and in his official | ) | |
| capacity, JOSEPH COMPERCHIO, | ) | |
| individually and in his official capacity; W. | ) | |
| PAUL BURKE, | ) | |
| Defendants | ) | |

## **AFFIDAVIT OF SERVICE**

1. I, Terrance W. Stone, represent Plaintiff Timothy P. Cardwell in the above-captioned action.

2. I hereby attest that pursuant to Fed.R.Civ.P. 4(j)(2) and Mass.R.Civ.P. 4(d)(4) I have caused a true copy of the Summons and Complaint and Jury Demand to be served upon defendant Town of Weymouth at 71 Bridge Street, Weymouth, Massachusetts on January 4, 2004 by delivering a copy of the summons and of the complaint to the Clerk of the Town of Weymouth by certified mail, postage pre-paid. Attached hereto is a return receipt signed by the addressee.

Signed under the pains and penalties of perjury this the 12th day of January 2005.

Terrance W. Stone, Esq.
63 Chatham Street, 3rd Floor
Boston, Massachusetts 02109
617-742-0022
BBO # 565340

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Sarah Hazel_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>W Hum  1-5-04 |
| 1. Article Addressed to:<br><br>FRANKLIN FRYER<br>TOWN CLERK<br>TOWN HALL<br>75 MIDDLE ST<br>WEYMOUTH MA 02189 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label)  7004 2890 0003 6102 1397 | 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

TERRANCE W STONE
68 CHATHAM ST 3RD FL
BOSTON MA 02109

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of _____

Timothy P. Cardwell

**SUMMONS IN A CIVIL ACTION**

V.

Town of Weymouth, Michael C.
Brennan, Matthew Tinlin, Richard
Ahlstedt, Joseph Comperchio,
W. Paul Burke

CASE NUMBER:

04⁓11993 PBS

TO: (Name and address of Defendant)

Richard Ahlstedt

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terrance W. Stone
The Law Offices of Terrance W. Stone
63 Chatham Street, 3rd Floor
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE        9/15/04

AO 440 (Rev. 8/01)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  *January 10th 2005* |
| NAME OF SERVER *(PRINT)*  *Thomas C. Hyslop* | TITLE  *Process Server* |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:  *206 Hersey St, Hingham, Ma. 02043*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  *$35.00* | TOTAL  $0.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *1/10/05*
          Date               *Thomas C. Hyslop*
                            Signature of Server

                          Process Server & Disinterested Person

                    *92 State St. Boston, MA 02109*
                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Timoth P. Cardwell

**SUMMONS IN A CIVIL ACTION**

V.

Town of Weymouth, Michael C.
Brennan, Matthew Tinlin,
Ricard Ahlstedt, Joseph
Comperchio, W. Paul Burke

CASE NUMBER:

# 04ᶜᵛ11993 PBS

TO: (Name and address of Defendant)

Matthew Tinlin

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terrance W. Stone, Esq.
The Law Offices of Terrance W. Stone
63 Chatham Street, 3rd Floor
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

9/15/04

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE _January 10th 2005_ |
| NAME OF SERVER *(PRINT)* _Thomas C. Hyslop_ | TITLE _Process Server_ |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: _435 Beech St. Rockland, Ma, 02370_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL _-o-_ | SERVICES _35.00_ | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _1/10/05_            _Thomas C. Hyslop_
                Date                   *Signature of Server*

_92 State Street, Boston, MA 02109_
                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Timothy P. Cardwell

     V.

**SUMMONS IN A CIVIL ACTION**

Town of Weymouth, Michael C. CASE NUMBER:
Brennan, Matthew Tinlin,
Richard Ahlstedt, Joseph
Comperchio, W. Paul Burke

# 04 CV 1 1 9 9 3 PBS

TO: (Name and address of Defendant)

W. Paul Burke

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terrance W. Stone
The Law Offices of Terrance W. Stone
63 Chatham Street, 3rd Floor
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.



CLERK

_____
(By) DEPUTY CLERK

DATE    9/15/04

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | January 10th 2005 |
| NAME OF SERVER *(PRINT)* Thomas C. Hyslop | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

    ☐ Served personally upon the defendant. Place where served:

    ☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:  In-Hand to Brian Morse Stepson
681 Commercial St.
Weymouth, Ma. 02189

    ☐ Returned unexecuted:

    ☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $35.00 | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/10/05
      *Date*           *Signature of Server*

Process Server Worcester

92 State St. Boston, MA 02109
    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Timothy P. Cardwell

**SUMMONS IN A CIVIL ACTION**

V.

Town of Weymouth, Michael C.
Brennan, John Doe, John Doe 2

CASE NUMBER:

# 04 11993 PBS

TO: (Name and address of Defendant)

Michael C. Brennan

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terrance W. Stone, Esq.
The Law Offices of Terrance W. Stone
63 Chatham Street, 3rd Floor
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE    9/15/04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 11th 2005 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Thomas C. Hyslop | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): By leaving at Michael C. Brennan's last + usual place of abode + to wit # is 11 Planters Field Lane Hingham, MA. Also: on 1/11/05 I mail via U.S. 1st class mail a copy of said summons to Michael C. Brennan at address listed above.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $35.00 | $0.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/11/05
         Date

       Thomas C. Hyslop
       *Signature of Server*

       Process Server & Disinterested Person

       92 State St., Boston, MA 02109
       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Timothy P. Cardwell

**SUMMONS IN A CIVIL ACTION**

V.

Town of Weymouth, Michael C.
Brennan, Matthew Tinlin,
Richard Ahlstedt, Joseph
Comperchio, W. Paul Burke

CASE NUMBER:

## 04 c 11993 PBS

TO: (Name and address of Defendant)

Joseph Comperchio

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terrance W. Stone
The Law Offices of Terrance W. Stone
63 Chatham Street, 3rd Floor
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE    9/15/04