UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY P. CARDWELL,<br>    Plaintiff,<br>v.<br>TOWN OF WEYMOUTH; MICHAEL C. BRENNAN, individually and in his official capacity; MATTHEW TINLIN, individually and in his official capacity; RICHARD AHLSTEDT, individually and in his official capacity, JOSEPH COMPERCHIO, individually and in his official capacity; W. PAUL BURKE,<br>    Defendants | CA # 04CV11993PBS |

## **MOTION TO APPOINT SPECIAL PROCESS SERVER**

Now comes the plaintiff in the above-captioned action and moves that pursuant to Fed.R.Civ.P. 4(e)(1) and Mass.R.Civ.P. 4(c) the court appoint as special process server Dewsnap & Associates, LLC, saying in support thereof as follows:

1. The above-captioned matter is a civil rights action in which the plaintiff seeks compensation for alleged police misconduct;

2. The plaintiff has completed service upon the Town of Weymouth and individual defendants Ahlstedt, Tinlin, and Burke;

3. The plaintiff has served defendants Brennan and Comperchio by causing a professional process server, Dewsnap & Associates, LLP, to leave copies of the summons and complaint at their respective last and usual abodes, and by mailing additional copies via first class mail postage prepaid to their respective last and usual abodes;

4. While defendants Brennan and Comperchio may have received copies of the summons and complaint, the manner in which they were served may not meet the technical requirements of the Federal Rules of Civil Procedure;

5. The plaintiff has attempted and continues to attempt to effectuate in hand service on defendants Brennan and Comperchio at their respective places of abode and employment;

6. Because the individual defendants are law enforcement officials, the plaintiff encountered some difficulty in obtaining and verifying their residential addresses, leaving insufficient time for in hand or abode service;

7. Dewsnapp & Associates, LLC is a in the business of serving process, are qualified and over the age of 18, knowledgeable and experienced in the service of process, and not parties to this action;

8. Granting this motion will not prejudice the rights of the defendants because abode service with additional copies by first class mail postage prepaid has already been completed by Dewsnap and Associates;

9. Denying this motion would prejudice the rights of the plaintiff by denying him the opportunity to pursue meritorious claims against these defendants.

10. This request is made in good faith and not for the purpose of undue delay; and

WHEREFORE the plaintiff respectfully request that this honorable court:

A. Grant the plaintiff's Motion to Appoint Special Process Server; and

B. Grant such other and further relief as may be just.

Respectfully submitted,<br>
TIMOTHY P. CARDWELL,<br>
BY his attorney,<br><br>
_____<br>
Terrance W. Stone<br>
63 Chatham Street, 3rd Floor<br>
Boston, Massachusetts 02109<br>
617-742-0022<br>
BBO # 565340

Dated: January 12, 2005

## MEMORANDUM OF LAW

Whereas the relief sought is in the sound discretion of the court, a Supporting Memorandum of Law is not required or filed herewith.

_____
Terrance W. Stone