UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY P. CARDWELL,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF WEYMOUTH; MICHAEL C. BRENNAN, individually and in his official capacity; MATTHEW TINLIN, individually and in his official capacity; RICHARD AHLSTEDT, individually and in his official capacity, JOSEPH COMPERCHIO, individually and in his official capacity; W. PAUL BURKE,<br><br>    Defendants | CA # 04CV11993PBS |

## AFFIDAVIT OF SERVICE

1. I, Terrance W. Stone, represent Plaintiff Timothy P. Cardwell in the above-captioned action.

2. I hereby attest that pursuant to Fed.R.Civ.P. 4(j)(2) and Mass.R.Civ.P. 4(d)(4) I have caused a true copy of the Summons and Complaint and Jury Demand to be served upon defendant Town of Weymouth at 71 Bridge Street, Weymouth, Massachusetts on January 4, 2004 by delivering a copy of the summons and of the complaint to the Clerk of the Town of Weymouth by certified mail, postage pre-paid. Attached hereto is a return receipt signed by the addressee.

Signed under the pains and penalties of perjury this the 12th day of January 2005.

_____
Terrance W. Stone, Esq.
63 Chatham Street, 3rd Floor
Boston, Massachusetts 02109
617-742-0022
BBO # 565340