AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Timothy P. Cardwell

**SUMMONS IN A CIVIL ACTION**

V.

Town of Weymouth, Michael C.  CASE NUMBER:
Brennan, Matthew Tinlin,
Richard Ahlstedt, Joseph
Comperchio, W. Paul Burke       04ᶜ11993 PBS

TO: (Name and address of Defendant)

W. Paul Burke

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terrance W. Stone
The Law Offices of Terrance W. Stone
63 Chatham Street, 3rd Floor
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

9/15/04

CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *January 10th 2005* |
| NAME OF SERVER *(PRINT)* *Thomas C. Hyslop* | TITLE *Process Server* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *In-Hand to Brian Morse*
*Stepson*
*681 Commercial St.*
*Weymouth, Ma. 02189*

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES *$35.00* | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___*1/10/05*___        ___*Thomas C. Hyslop*___
         Date                 Signature of Server

*92 State St. Boston MA 02109*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.