AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

FILED
IN CLERKS OFFICE
2005 FEB -3 P 12: 32
U.S. DISTRICT COURT
DISTRICT OF MASS

Timothy P. Cardwell

V.

Town of Weymouth, Michael C. Brennan, John Doe, John Doe 2

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 04-11993 PBS

TO: (Name and address of Defendant)

Michael C. Brennan

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terrance W. Stone, Esq.
The Law Offices of Terrance W. Stone
63 Chatham Street, 3rd Floor
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

(By) DEPUTY CLERK

DATE: 9/15/04

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE January 13th 2005 |
| NAME OF SERVER (PRINT) Thomas C. Hyslop | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: In Hand at 11 Planters Field Ln. Hingham, MA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $35.00 | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/1/05
           Date           Signature of Server  Thomas C. Hyslop

92 State St., Boston, MA 02109
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.