AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

IN CLERKS OFFICE

2005 FEB -3 P 12: 32

U.S. DISTRICT COURT
DISTRICT OF MASS

Timothy P. Cardwell

**SUMMONS IN A CIVIL ACTION**

V.

Town of Weymouth, Michael C.
Brennan, Matthew Tinlin,
Richard Ahlstedt, Joseph
Comperchio, W. Paul Burke

CASE NUMBER:

# 04c 11993 PBS

TO: (Name and address of Defendant)

Joseph Comperchio

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terrance W. Stone
The Law Offices of Terrance W. Stone
63 Chatham Street, 3rd Floor
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



9/15/04

CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | January 13th 2005 |
| NAME OF SERVER *(PRINT)* Thomas C. Hyslop | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): By leaving at Joseph Comperchio's last known place of abode to wit # is 86 Hemlock Drive, Pembroke, ma. 02359 Also: On 1/10/05 I mail via U.S. 1st class mail a copy of summons to defendant at address listed above

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $ 35.00 | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/11/05      _____
            Date          Signature of Server

            92 State Street, Boston, MA 02109
            Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.