UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 21 P 2: 23

U.S. DISTRICT COURT
DISTRICT OF MASS

TIMOTHY P. CARDWELL,　　　　　)
　　　　Plaintiff　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　C.A. No. 04-CV-11993-PBS
TOWN OF WEYMOUTH, MICHAEL C.　)
BRENNAN, individually and in his official )
capacity; MATTHEW TINLIN, individually )
and in his official capacity, RICHARD　　)
AHLSTEDT, individually and in his official )
capacity, JOSEPH COMPERCHIO,　　　)
individually and in his official capacity;　)
W. PAUL BURKE,　　　　　　　　　　)
　　　　Defendants　　　　　　　　　　)

### AUTOMATIC REQUIRED DISCLOSURE PURSUANT TO
### FED.R.CIV.P. 26(a) AND LOCAL RULE 26.2

Now comes the Defendant, Town of Weymouth, pursuant to Fed.R.Civ.P. 26(a) and Rule 26.2 of the Local Rules of the United States District Court for the District of Massachusetts and makes the following required disclosures:

**(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.**

The following are likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings. Each of the following is able to be contacted via the Town of Weymouth Police Department, 140 Winter Street, Weymouth, Ma. 02188. Phone contact (781)335-1212. Also, please see the list of applicable extension phone and fax numbers (attached hereto and marked as exhibit "1").

　　　Chief Jim Thomas, Town of Weymouth Chief of Police.
　　　Lieutenant Andrew Wladyka
　　　Lieutenant Ken Harrison
　　　Lieutenant Neal Alstead
　　　Officer Michael Brennan
　　　Officer Matthew Tinlin
　　　Officer Robert Barry
　　　Detective Richard Ahlstedt
　　　Detective W. Paul Burke

The final individual or entity with possibly relevant information is the tow company that removed the vehicle from the scene at issue, Malloys Automotive Service Inc., 1325 Pleasant Street, Weymouth, MA 02189. Phone contact number is (781)331-8408.

**(B) A copy of, or a description by category and location of, all documents, date compilations, and tangible things in the possession, custody, or control of the party that are relevant to the disputed facts alleged with particularity in the pleadings.**

The policies and procedures applicable to the Weymouth Police are available for viewing and photocopying.

The police report is attached hereto and marked as exhibit "2"

**(C) A computation of any category of damages claimed by the disclosing party, making available;**

Not applicable.

**(D) For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a Judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the Judgment.**

The insurer, Legion, was declared insolvent. The applicable entity now handling this claim is the Massachusetts Insurers Insolvency Fund (MIIF).

    Respectfully submitted,
    Defendant, Town of Weymouth
    By its Attorneys,

    WYNN & WYNN, P.C.

    _____
    Charles D. Mulcahy, Esquire
    BBO#359360
    90 New State Highway
    Raynham, MA 02767
    (508) 823-4567

March 16, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on March 16, 2005.

_____
Charles D. Mulcahy, Esquire

Home · About Weymouth · History · Mayor · Town Council · Departments · Schools · Calendar    Quick Li

Residents | Kids & Teens | Businesses | Community

Departments Main Page

Police Department Home Page

Phone List

Patrol Division

Detective Bureau

Identification Unit

Traffic Division

Safety Officer

Juvenile Division

Licensing Bureau

Harbormaster

Animal Control

Domestic Violence Information

Civilian Police Academy

Personal Safety Tips

Internet Safety

First Aid Information

Most Wanted

Law Enforcement Links

Kids Page

# Departments

## Weymouth Police Department
Chief: Jim Thomas
140 Winter Street
Weymouth, Ma. 02188
781 335 1212 or Voice Mail/Auto Attendant 781 340 5032

**Who to Contact in the Department**
You can access the department's voice mail system at **781-340-5032** and then follow the voice instructions or dial the extension numbers listed below:

The department's main business number is, **781-335-1212.**

**OFFICE EXTENSION**

| Office | Extension |
|---|---|
| Chief's Office | 275 |
| Accreditation Office | 285 |
| Auto Maintenance | 279 |
| Detective Bureau | 255 (or dial 340 5057) |
| Drug Unit | 296 (or dial 335 2078) |
| Evidence Bureau | 269 |
| Licensing Bureau | 280 (or dial 340 5059) |
| Personnel Office | 230 (or dial 682 6115) |
| Prosecutor's Office | 270 (or dial 340 5058) |
| Records Bureau | 236 (or dial 682 6101) |
| Safety Office | 239 |
| Technical Services | 278 (or dial 682 6120) |
| Traffic Bureau | 283 |
| Watch Commander's Office | 244 |

**the Fax Numbers are:**

**Admin:** 781 682 6136
**Dispatch:** 781 340 5031
**Records:** 781 682 6102
**Detectives:** 781 335 7806
**Special Operations / Training:** 781 682 6133

Weymo

**Featur Links:**

Weymc Accider Form

Massac Registr Vehicle Report



Town Hall, 75 Middle Street, Weymouth, MA 02189 | 781-335-2000 | Fax: 781-335-3283 | TTY: 781-331-5124 | M-F, 8:30an

```
March 27, 2004                Weymouth Police Department                Saturday 16:46
                                  Incident Report
```

**Single Narrative**

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | DISPATCHER SUPERVISOR NATURE INCIDENT TYPE |
|---|---|---|---|---|
| I0124086  1  No   No | RADIO REPORT RT 3/MAIN OVERPASS 0 RT 3 HW Cross: (AT THE CORNER OF) 380 MAIN WEYMOUTH, MA, 02188 (01) ARREST/PC | MBRENNAN MTINLIN RAHLSTEDT JCOMPERCHI | 09/18/2001, 17:08 09/18/2001, 17:10 09/18/2001, 17:10 09/18/2001, 18:26 | BMARCELLA AWLADYKA M/V STOP M/V STOP CT: BMARCELLA |

Caller's Info: **OFFICER BRENNAN**

Reported as: **M/V STOP**    Found as: **M/V STOP**
Domestic Abuse: **No**

Dispatcher Remarks:
    NH REG 451031 ARREST: CARDWELL,TIMOTHY  DOB 11/23/64 SUSPENDED LICENSE ----
    REPORT TO FOLLOW P880 CALLED FOR DOG IN M/V - MALLOYS TO TOW FBI & BCI
    NOTIFIED

| ARRESTED (Male) M0110064 | CARDWELL, TIMOTHY P JR 13 FRANKLIN STREET HUMAROCK  MA  02047 Phone: 603-863-2407   Race: WHI Commt: ARRESTED: M/V STOP | License: 015600811  (MA) SSN: 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 DOB: 11/23/1964 Age: 36 |
|---|---|---|

Vehicles:

| ID | Sr | Status | Color | Year | Make | Model | Style | VIN |
|---|---|---|---|---|---|---|---|---|
| V0111360 | AR | Towed | White | 1998 | Gen Motors Personal | No model | Van | |

Tag: NH 451031
Person: 01 CARDWELL, TIMOTHY P JR (ARRESTED)

Property:

| Loss Type | Property Type | Value | Recovery | ORI | Quantity | Measuremnt |
|---|---|---|---|---|---|---|
| [Unknown] | NEEDLE/STYLUS, STEREO (EXCLUDE | $0 | [N/A] | [N/A] | 4.000 | Item/Dose |

Comment: HYPO

Narrative(s):

Narr. 1: **Michael C. Brennan**     Division: **None**      Status: **Closed**       [I0124086]
   Title: **ARREST:SUSPENDED**       Entered: **Michael C. Brennan**       Date: 09/18/01
                                      Reviewed: **LIEUT ANDREW P WLADYKA**   Edit: 09/19/01

    WHILE WORKING IN CAR #832 I WAS DISPATCHED TO THE LANDING TO ASSIST OFF.
    BARRY AND OFF. TINLIN WITH A SUSPICIOUS MALE. AFTER A BRIEF CONVERSATION WITH
    THE INDIVIDUAL WE CLEARED. WHILE TALKING WITH THE MALE WE RAN HIS INFORMATION
    THROUGH AND FOUND THAT HE HAD NO WARRANTS.

EXHIBIT 2

```
                          Weymouth Police Department
March 27, 2004              Incident Report                 Saturday 16:46
```

**Single Narrative**

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | DISPATCHER SUPERVISOR NATURE INCIDENT TYPE |
|---|---|---|---|---|---|

Narrative   1 (continued)   By: **Michael C. Brennan**        Incident **I0124086**

    AFTER CLEARING THE AREA I WAS ADVISED THAT THE INDIVIDUAL, TIMOTHY CARDWELL, HAD A SUSPENDED LICENSE IN THE STATE OF MASSACHUSETTS. A FEW MINUTES LATER OFF. W. BURKE ADVISED ME THAT HE WITNESSED TIMOTHY DRIVE BY HIM IN HIS WHITE VAN. THE VAN HAD NEW HAMPSHIRE PLATES AND WAS EASILY SPOTTED BY OFF. BURKE. AT THAT TIME I AGAIN CONFIRMED THROUGH DISPATCH THAT TIMOTHY WAS SUSPENDED IN THIS STATE. I SPOTTED THE WHITE VAN AT THE RTE 3 OVERPASS ON RTE 18 AND MADE A TRAFFIC STOP OF SAID MV (NH REG 451031). I WAITED FOR OFF. TINLIN TO BACK ME ON THE STOP BEFORE APPROACHING THE DRIVER. WHEN OFF. TINLIN ARRIVED WE BOTH APPROACHED THE DRIVER AND ASKED FOR HIS LICENSE AND REGISTRATION AND ASKED IF HE WOULD STEP OUT OF THE MV. HE HANDED OVER HIS PAPERWORK BUT WAS RELUCTANT TO EXIT THE MV. I ADVISED HIM THAT HE NEEDED TO STEP OUT AND EXPLAINED TO HIM HIS SUSPENDED STATUS. AT THIS TIME HE STEPPED FROM THE MV.

    WHEN MR. CARDWELL EXITED THE MV I ADVISED HIM THE HE WAS BEING PLACED UNDER ARREST FOR OPERATING AFTER SUSPENSION AND PLACED HIM IN HANDCUFFS. MR. CARDWELL BECAME VERY TENSE AND WAS SOMEWHAT RESISTING DURING HANDCUFFING. HE WAS SEARCHED BEFORE BEING PLACED INTO MY MARKED UNIT. DURING THE SEARCH A CELL PHONE WAS DISCOVERED IN A HOLSTER ON HIS HIP. THE PHONE WAS CHECKED AND PLACED BACK ON HIS HIP BEFORE BEING PUT IN THE CRUISER. I TURNED FOR A MOMENT TO CONVERSE WITH OFF. TINLIN AND WHEN I TURNED AROUND MR. CARDWELL HAD GOT HIS CUFFS TO THE FRONT AND HE WAS ATTEMPTING TO MAKE A CALL. HE WAS BROUGHT BACK OUT AND RE-HANDCUFFED AND ALL OF THE ITEMS WERE TAKEN OFF HIS PERSON.

    BEFORE THE VAN COULD BE TOWED WE HAD TO DEAL WITH A BLACK LAB THAT WAS IN MR. CARDWELLS MV. WE CALLED FOR 880, OUR DOG OFFICER TO RETRIEVE THE DOG SO WE COULD CONDUCT AN INVENTORY SEARCH. WHEN 880 ARRIVED HE WAS ABLE TO TAKE THE DOG FROM THE MV. HOWEVER WE WERE UNABLE TO OPEN ANY DOOR BUT THE DRIVERS SIDE DOOR. WE FOUND THAT ALL THE DOORS HAD THEIR LOCKS EITHER SCREWED LOCKED OR JAMMED WITH AN ITEM TO MAKE SURE THEY COULD NOT BE OPENED. WHEN 880 PULLED THE DOG FROM THE CAR A SUNGLASS CASE WAS KNOCKED ONTO THE FLOOR. IT WAS PICKED UP AND OPENED WHERE THREE HYPODERMIC NEEDLES WERE DISCOVERED. AT THIS TIME I RETURNED TO MY CRUISER AND ADVISED MR. CARDWELL OF HIS MIRANDA RIGHTS. HE STATED THAT HE WAS AWARE OF HIS RIGHTS AND I RETURNED TO THE VAN TO CONTINUE THE SEARCH. OFF. TINLIN AND I WERE BOTH STRUCK BY THE FACT THAT THE DASHBOARD OF THE VAN AND BOTH DOORS PANELS WERE REMOVED AND PUT BACK WITH SCREWS AND WHAT APPEARED TO BE CAULKING. AT THIS TIME WE CALLED FOR A DETECTIVE TO RESPOND AND VIEW THE VAN.

    DET. AHLSTEDT ARRIVED AND ADVISED US TO HAVE THE VAN TOWED TO THE STATION FOR FURTHER SEARCHING. MALLOY'S SUBSEQUENTLY TOWED IT TO THE BACK LOT AND I TRANSPORTED MR. CARDWELL INTO THE STATION. WHEN WE ARRIVED AT THE BOOKING DESK I AGAIN ADVISED MR. CARDWELL OF HIS RIGHTS. HE WAS BY THIS TIME COMPLAINING OF SHORTNESS OF BREATH AND THE AMBULANCE WAS NOTIFIED. I ASKED MR. CARDWELL IF HE HAD ANY MEDICAL PROBLEMS AND HE STATED A BAD HEART. I ASKED IF THERE WERE ANY OTHER PROBLEMS AND HE TOLD ME "NO." I ASKED IF HE WAS A DIABETIC OR HAD ANY REASON TO BE IN POSSESSION OF HYPODERMIC NEEDLES. MR. CARDWELL STATED THAT HE USED COCAINE AND OFTEN INJECTED THE SUBSTANCE. THE AMBULANCE ARRIVED AT THE STATION AND MR. CARDWELL WAS BROUGHT TO SOUTH SHORE HOSPITAL.

    AFTER FURTHER SEARCH OF THE MV ANOTHER HYPODERMIC NEEDLE WAS FOUND HIDDEN BEHIND THE DRIVERS SIDE DOOR PANEL. THE NEEDLE APPEARED TO BE USED AND THERE WAS A USED ALCOHOL SWAB ALONG WITH THE WRAPPER ALSO FOUND THERE. THE VAN WAS

|  |  | Weymouth Police Department | | |
|---|---|---|---|---|
|  |  | Incident Report | | Saturday 16:46 |
| March 27, 2004 | | | | |

**Single Narrative**

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | DISPATCHER SUPERVISOR NATURE INCIDENT TYPE |
|---|---|---|---|---|

Narrative   1 (continued)   By: **Michael C. Brennan**          Incident **I0124086**

   FULLY SEARCHED BEFORE BEING RELEASED BACK TO MALLOY'S TOWING.