```
                                              FILED
                                         IN CLERKS OFFICE

                                         2005 MAR 30  P 12: 23
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY P. CARDWELL,  )<br>    Plaintiff             )<br>                              )<br>vs.                              )<br>                              )<br>TOWN OF WEYMOUTH, MICHAEL C. )<br>BRENNAN, individually and in his official )<br>capacity; MATTHEW TINLIN, individually )<br>and in his official capacity, RICHARD  )<br>AHLSTEDT, individually and in his official )<br>capacity, JOSEPH COMPERCHIO,   )<br>individually and in his official capacity;  )<br>W. PAUL BURKE,                    )<br>    Defendants                  ) | C.A. No. 04-CV-11993-PBS |

## JOINT SCHEDULING STATEMENT

1. <u>DISCOVERY PLAN</u>

   The parties propose the following discovery plan:

   a. Automatic document disclosure to be completed on or about April 13, 2005;

   b. All written discovery shall be served on or before September 30, 2005 and shall be completed by January 31, 2006;

   c. Supplemental written discovery requests shall be served on or before March 31, 2006;

   d. All non-expert depositions to be completed by December 1, 2005;

   e. Plaintiff's expert witnesses shall be designated by January 31, 2006 and Defendants' expert witnesses shall be designated within 30 days after Plaintiff's disclosure;

   f. All expert depositions shall be completed within 30 days of Defendants' expert designation.

2. <u>MOTION SCHEDULE</u>

   a. All dispositive motions are to be filed on or before December 31, 2005.

3. ADR SCHEDULE

If the parties agree to submit this matter to alternative dispute resolution through the court-sponsored mediation program, they shall schedule mediation for a mutual agreeable time after the completion of discovery.

4. CERTIFICATIONS

The parties will file L.R. 16.1 certifications of conferral on or before the date of the scheduling conference.

5. CONSENT TO TRIAL BY MAGISTRATE

The parties at this time do not consent to trial of this matter before a magistrate judge but would reserve the right to amend this provision.

| PLAINTIFF, | DEFENDANTS |
|---|---|
| By his Attorney, | By their Attorneys, |
| /s/ Terrance W. Stone (CDM) (without) | /s/ Charles D. Mulcahy |
| Terrance W. Stone, Esquire | Charles D. Mulcahy, Esquire |
| BBO# 565340 | BBO# 359360 |
| The Law Offices of Terrance W. Stone | Wynn & Wynn, P.C. |
| 63 Chatham Street, 3rd Floor | 90 New State Highway |
| Boston, MA 02109 | Raynham, MA 02767 |
| (617) 742-0022 | (508) 823-4567 |